# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ANTHONY CURCI |
| **Case Number:** | 2:09-BK-13290-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## *Matter:*

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 19426 NORTH 23RD WAY, PHOENIX, AZ 85024 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF WELLS FARGO BANK, N.A. C/O MARK S. BOSCO.

**R / M #:**   21 /  0

## *Appearances:*

DEAN WILLIAM O'CONNOR, ATTORNEY FOR ANTHONY  CURCI
KEVIN NELSON, ATTORNEY FOR WELLS FARGO BANK

## *Proceedings:*

Mr. O"Connor advises he has received a copy of his client's recent loan history and has requested a loan modification.

Mr. Nelson advises a standard stipulation for a 6 month cure was sent to debtor and not returned.

COURT:  IT IS ORDERED CONTINUING THE PRELIMINARY HEARING TO DECEMBER 3,  2009 AT 1:30 P.M.

IT IS FURTHER ORDERED REQUIRING A MONTHLY PAYMENT BE MADE STARTING NOVEMBER 1, 2009; IF THE PAYMENT IS NOT MADE THE COURT WILL ALLOW THE STAY TO LIFT.