**SO ORDERED.**

**Dated: December 10, 2009**



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Alan M. Levinsky (SBN: 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 13** |
| ANTHONY CURCI, | |
| Debtor(s), | **No. 2:09-bk-13290 CGC** |
| NISSAN MOTOR ACCEPTANCE CORPORATION as Servicer for NISSAN-INFINITI LT, | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| vs | |
| ANTHONY CURCI, | |
| RUSSELL BROWN, | |
| Respondent(s) | |

This matter coming before this Court pursuant to the Motion of lessor/owner, NISSAN MOTOR ACCEPTANCE CORPORATION as Servicer for NISSAN-INFINITI LT, to lift the Automatic Stay with respect to the Estate's and to the Debtor's interest in the property described as a 2006 NISSAN ALTIMA, VIN: 1N4BL11D86N453016 and the Court finding that relief should issue, hereby orders as follows:

N8815.0490 BN 4731414v1

1  IT IS ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. Section 362 and any injunction arising under 11 U.S.C. Section 524 are lifted and vacated with respect to both the Estate's and the Debtor's interest in the property described above.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Movant can immediately take possession of the property as described above without having to wait fourteen days as otherwise required under Rule 7062 and/or Rule 4001. However, sale or other disposition of the property cannot take place until ten days after the date of this Order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order is binding in the event that this matter is converted to another Chapter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Lease is also terminated.

DATED this _____ day of _____, 2009.

_____
U.S. Bankruptcy Judge

Copy of the foregoing mailed this
_5th _ day of November, 2009, to the following:

Anthony Curci
19426 N. 23rd Way
Phoenix, Arizona 85024
Debtor

Dean William O'Connor
SALLIQUIST, DRUMMOND
& O'CONNOR PC
1430 E Missouri Ave., #B-125
Phoenix, Arizona 85014
Attorney for Debtor

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, Arizona 85012-1965
Trustee

/s/ Ashley I. Ponzo