**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

Dated: December 15, 2009

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge
_____



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16058/0151364809

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony Curci<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Anthony Curci, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-13290-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 21) |

This matter having come before the Court for a Preliminary Hearing on December 3, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Dean W. O'Connor, P.C., and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 6, 2006, and recorded on April 12, 2006, in

the office of the Maricopa County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Anthony Curci have an interest in, further described as:

    Lot 6, LOMA LINDA ESTATES, according to Book 410 of Maps, page 44, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

                                                 _____
                                               JUDGE OF THE U.S. BANKRUPTCY COURT